Henry W. BORGEN, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 02–1546.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Henry W. Borgen, Appellant Pro Se. Jamie M. Bennett, Assistant United States

Attorney, Baltimore, Maryland, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Henry W. Borgen appeals the district court's order granting the motion of the Commissioner of Social Security to dismiss Borgen's complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Borgen v. Barnhart,* No. CA–01–1754–AW (D. Md. filed May, 3, 2002; entered May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*